**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

March 1, 2021

LETTER TO COUNSEL

    Re:   *TC Entertainment, LLC v. Mayor and City Council of Baltimore*
            Civil No.:  ELH-21-0512

Dear Counsel:

    This will confirm the schedule that was established during the emergency telephone conference held on Monday, March 1, 2021.

1. Defendant will respond to the motion for preliminary injunction by **noon on Wednesday, March 3, 2021**.

2. Plaintiff will submit its reply by **3:00 p.m. on Thursday, March 4, 2021**.

3. The Court will hold a hearing, via Zoom, beginning at **2:00 p.m. on Friday, March 5, 2021**. The Clerk's Office will provide the information needed for the hearing.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                    Sincerely,

                                                    /s/
                                                   Ellen Lipton Hollander
                                                   United States District Judge